IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA    )
                           )    Criminal No. 06-026 (CKK)
v.                      )
                           )
PETER R. TURNER,       )
                           )
LATANYA ANDREWS, and  )
                           )
THELMA LEONARD,     )
       Defendants.     )
                           )

**FILED**

FEB 0 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Upon consideration and due cause shown, the Government's Motion to Unseal the above-captioned indictment, arrest warrants, motion to seal, and sealing order is hereby granted.

IT IS HEREBY ORDERED THAT the Indictment, arrest warrants, motion to seal, and sealing order previously sealed in this matter will be unsealed forthwith.

ORDERED this 8th day of February, 2006.

_____
UNITED STATES MAGISTRATE JUDGE