UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Crim. No. 06 - 026  - 03 (CKK) |
| | ) | |
| | ) | |
| THELMA LEONARD | ) | |

NOTICE OF APPEARANCE

Please note the appearance of undersigned counsel for defendant Thelma Leonard

pursuant to the Court's appointment under the Criminal Justice Act ("CJA").


Respectfully submitted,

/s/

Howard B. Katzoff (Bar # 348292)
601 Indiana Avenue, NW  Suite  500
Washington, D.C.  20004
(202) 783-6414
Counsel for Thelma Leonard


CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing notice is being served electronically upon
government counsel and defense counsel of record this ___17th___ day of February,  2006.


_____/s/_____
Howard B. Katzoff