UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CR. NO. 06 - 026 - 03 (CKK) |
| | ) | |
| | ) | |
| THELMA LEONARD | ) | |

**DEFENDANT LEONARD'S CONSENT MOTION FOR ENLARGEMENT OF TIME UNTIL MAY 31, 2006 WITHIN WHICH TO FILE DEFENSE MOTIONS AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

COMES NOW the defendant, Thelma Leonard, through undersigned counsel, and respectfully requests this Court to grant a brief enlargement of time within which to file defense motions. As grounds for this request defendant states as follows:

1. On or about April 6, 2006, the Court conducted the status hearing in this case, and set a motions schedule. Defense motions are currently due May 26, 2006.

2. Counsel had set aside time between May 24th and May 26th to prepare and file motions in the case. Notwithstanding counsel's good faith efforts to meet the current deadline, other pressing obligations have unexpectedly occupied much of counsel's time over the past three days. As a result, counsel is unable to meet the current deadline, and is requesting this enlargement. Counsel expects to be able to file motions on or before May 31st, which would be an extension of two business days.

3. Undersigned counsel contacted Daniel Petalas, one of the trial counsel representing the government in this case. Mr. Petalas authorized the defendant to represent that the government consents to the request for a brief enlargement of time to file her motions.

- 2 -

4.  Counsel has advised the government of the general nature of the motions that will be filed, and does not expect that the requested extension will affect the remaining filing deadlines, or the scheduled court hearings in the case.

WHEREFORE, for the above stated reasons, Ms. Leonard respectfully requests a brief enlargement of time within which to file defense motions - to and including May 31, 2006.

Respectfully submitted,

_____
Howard B. Katzoff
717 D Street, N.W., Suite 310
Washington, D.C. 20004
(202) 783-6414
CJA Counsel for Thelma Leonard

**CERTIFICATE OF SERVICE**

I hereby certify that this __26th__ day of __May__, 2006, a copy of the foregoing Consent Motion For Enlargement and Points and Authorities were electronically served upon Daniel Petalas, Esquire and Ann Brickley, Esquire, Trial Attorneys, Public Integrity Section, United States Department of Justice, and to all defense counsel of record.

_____
Howard B. Katzoff