UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | CR. NO. 06 - 026 - 03 (CKK) |
| ) | |
| ) | |
| THELMA LEONARD ) | |

### ORDER

The Court has considered defendant Leonard's Consent Motion For Enlargement of Time Within Which To File Defense Motions, and the entire record in this case, and it appears to the satisfaction of the Court that such relief should be granted.

Accordingly, it is, this _____ day of _____, 2006.

ORDERED, that Thelma Leonard's Consent Motion For Enlargement is **GRANTED**,

AND IT IS FURTHER ORDERED that the deadline for Ms. Leonard to file defense motions is now May 31, 2006.

SO ORDERED.

_____
COLLEEN KOLLAR KOTELLY
United States District Judge

COPIES TO:
Howard B. Katzoff, Esq.
717 D Street, N.W. , Suite 310
Washington, D.C.  20004

Daniel Petalas, Esq.
Ann Brickley, Esq.
Public Integrity Section
U.S. Department of Justice
1400 New York Avenue, N.W.
Washington, D.C.  20005

All defense counsel of record