UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CR. NO. 06 - 026 - 03 (CKK) |
| ) | |
| THELMA LEONARD ) | |

**ORDER**

The Court has reviewed, Defendant Thelma Leonard's Motion For Severance, and Memorandum of Points and Authorities In Support Thereof, any opposition thereto, and the entire record in this case, and it appears to the satisfaction of the Court that such relief should be granted.

Accordingly, it is, this _____ day of _____, 2006,

ORDERED that defendant Leonard's Motion For Severance is hereby GRANTED.

_____
COLLEEN KOLLAR KOTELLY
United States District Court

Copies to:

Howard B. Katzoff, Esq.
717 D Street, N.W. , Suite 310
Washington, D.C.  20004

Daniel Petalas, Esq.
Ann Brickley, Esq.
Public Integrity Section
U.S. Department of Justice
1400 New York Avenue, N.W.
Washington, D.C.  20005

All defense counsel of record