ORIGINAL

1

```
 1                  UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
 2

 3   - - - - - - - - - - - - - - -x
                                   :
 4   IN RE:                        :
                                   :
 5   VIOLATION OF                  :
     18 U.S.C. 641, 201, 371       :
 6                                 :
     - - - - - - - - - - - - - - -x
 7

 8

 9

10
                                    Grand Jury No. 04-1
11                                  3rd & Constitution, N.W.
                                    Washington, D.C.  20001
12
                                    July 26, 2005
13

14        The testimony of THELMA LEONARD was taken in the

15   presence of a full quorum of the Grand Jury, commencing at

16   11:21 a.m., before:

17

18             DANIEL A. PETALAS
               Special Assistant United States Attorney
19
               BRENDA MORRIS
20             Trial Attorney
               Public Integrity Section
21             Department of Justice

22

23

24

25
```

FREE STATE REPORTING, INC.
Court Reporting   Depositions
D.C. Area (301) 261-1902
Balt. & Annap. (410) 974-0947

```
 1                      P R O C E E D I N G S
 2   Whereupon,
 3                         THELMA LEONARD
 4   was called as a witness and, after first being duly sworn by
 5   the Foreperson of the Grand Jury, was examined and testified
 6   as follows:
 7                           EXAMINATION
 8           BY MR. PETALAS:
 9       Q.   Would you please state your name?
10       A.   Thelma Leonard.
11       Q.   And how do you spell your last name?
12       A.   L-e-o-n-a-r-d.
13       Q.   Is this the first time you've testified in this
14   situation?
15       A.   Yes.
16       Q.   There's a court reporter here who's taking down what
17   we say, so please keep your voice up, if you can.  And we
18   should try not to talk over each other, okay?
19       A.   Okay.
20       Q.   Okay.  Before we begin, I want to advise you of your
21   rights and obligations as a witness before the Grand Jury,
22   okay?
23       A.   Um-hum.
24       Q.   Now, you have the right not to answer any question a
25   truthful answer to which could tend to incriminate you.  Do
```

1  you understand that?
2      A.  Yes.
3      Q.  And that's your right under the Fifth Amendment,
4  right?
5      A.  Um-hum.
6      Q.  You also have a right to consult with a lawyer.  Do
7  you understand that?
8      A.  Yes.
9      Q.  And that's your right under the Sixth Amendment.
10     A.  Okay.
11     Q.  You understand that everything we say here is being
12 taken down?
13     A.  Yes.
14     Q.  Okay.  And you understand that you swore to tell the
15 truth to the Grand Jury?
16     A.  Yes.
17     Q.  Okay.  And you understand that if you say anything
18 that is false, you could be prosecuted for making false
19 statements in front of the Grand Jury?
20     A.  Yes.
21     Q.  Okay.  And you understand that it would be a lie not
22 only to say something that you know is false, but also to say,
23 for example, that you don't remember when you do?
24     A.  Yes.
25     Q.  Okay.  And it also would be false to answer a

4

1  question with less than all the facts that you know?
2        A.   Yes.
3  [redacted]
4  [redacted]
5  [redacted]
6  [redacted]
7  [redacted]
8  [redacted]
9  [redacted]
10 [redacted]
11 [redacted]
12 [redacted]
13 [redacted]
14 [redacted]
15 [redacted]
16 [redacted]
17 [redacted]
18 [redacted]
19 [redacted]
20 [redacted]
21 [redacted]
22 [redacted]
23 [redacted]
24 [redacted]
25 [redacted]