UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>PETER R. TURNER, LATANYA ANDREWS, and THELMA LEONARD,<br><br>Defendants. | Crim. Action No. 06-0026 (CKK) |

**ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, it is, this 12th day of July, 2006, hereby

**ORDERED** that [25] Defendant Thelma Leonard's Motion to Suppress Statements and Memorandum of Points and Authorities in Support Thereof is DENIED.

**SO ORDERED**.

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge