**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **CR. NO. 06 - 026 - 03 (CKK)** |
| | ) | |
| | ) | |
| **THELMA LEONARD** | ) | |

### ORDER

_____The Court has considered the Defendant's Consent Motion to Modify Conditions of

Release, and the entire record in this case, and it appears to the satisfaction of the Court that such

relief should be granted.

Accordingly, it is this _____ Day of _____, 2006,

ORDERED that Defendant's Motion is hereby GRANTED, and it is

FURTHER ORDERED that Defendant shall be placed on personal recognizance with the

following conditions: 1) that she comply with the conditions of her diversion agreement; 2) that

she report to the Probation Department as directed; 3) that she notify the Probation Department

within 72 hours of any change of address; and 4) that she obtain permission from the Probation

Department for any travel outside the D.C. area.

SO ORDERED.

_____
COLLEEN KOLLAR KOTELLY
United States District Judge

- 2 -

Copies to:

Howard B. Katzoff, Esq.
717 D Street, N.W., Suite 310
Washington, D.C.  20004

Daniel Petalas, Esq.
Ann Brickley, Esq.
Public Integrity Section
United States Department of Justice
1400 New York Avenue, N.W.
Washington, D.C. 20005

Pretrial Services Agency
United States District Court
333 Constitution Avenue,  N.W.
Washington, D.C.  20001